# Exhibit D



Littler Mendelson, PC
One Century Tower
265 Church Street
Suite 300
New Haven, CT  06510

June 19, 2015

Craig T. Dickinson
203.974.8713 direct
203.974.8700 main
203.823.4456 fax
cdickinson@littler.com

**Via Overnight Delivery**
Matthew York – General Manager
JAMS
620 Eighth Ave. - 34th Floor
New York, NY 10018

Re:   Sondel v. Darden Demand for Arbitration

Dear JAMS:

We represent Darden Restaurants, Inc. We understand that Attorney David Gottlieb from Wigdor, LLP, filed a Demand for Arbitration with JAMS on behalf of Nimali Sondel. Please be advised that Darden's position is that Ms. Sondel's counsel has pursued a course of action that is not in accord with the terms of Darden's Dispute Resolution Process ("DRP"). In fact, they have filed their demand with JAMS over our express objection.

Darden's DRP requires that "[t]he arbitration will be conducted according to the Employment Arbitration Rules and Mediation Procedures of the American Arbitration Association (AAA)." Rule 3 of the AAA's Employment Arbitration Rules states: "When parties agree to arbitrate under these rules . . . they thereby authorize the AAA to administer the arbitration." Having agreed to arbitrate pursuant to the AAA's employment rules, Ms. Sondel has agreed to have the AAA administer the arbitration.

Further, Darden pays all expenses associated with arbitration pursuant to the DRP.  With that in mind, Darden reserves the right to select the arbitration service absent the parties' agreement otherwise. Given that the parties were unable to agree, we informed Ms. Sondel's counsel of Darden's intent to submit the dispute to AAA to administer this arbitration.

Despite being fully apprised of Darden's position, they filed their demand for arbitration with JAMS. Pursuant to the DRP and AAA rules, this matter will be administered by AAA; not JAMS. Further, Darden will not pay any fees incurred in connection with Ms. Sondel's improper filing with JAMS. Under the circumstances, we respectfully request that you decline to take any further action in connection with this matter.

littler.com

Matthew York – General Manager
June 19, 2015
Page 2

Please contact me if you have any questions.

Sincerely,

*[signature: Craig T. Dickinson (sah)]*
Craig T. Dickinson

CTD:sah
cc.   David E. Gottlieb, Esq. (via email and first class mail)
-     Wigdor, LLP
      85 Fifth Avenue
      New York, NY 10003
      dgottlieb@wigdorlaw.com

**FedEx**   Shipment Receipt

**Address Information**

| Ship to: | Ship from: |
|---|---|
| Matthew York, General Manager | Sally Haveran |
| JAMS | Littler Mendelson PC |
| 620 Eighth Avenue | 265 Church Street |
| 34th Floor | Suite 300 |
| NEW YORK CITY, NY 10018 | New Haven, CT 06510 |
| US | US |
| 203.974.8700 8738 | 2039748738 |

**Shipment Information:**
Tracking no.: 773875048694
Ship date: 06/19/2015
Estimated shipping charges: 7.09

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Priority Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50  LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: North Haven-009
Your reference:  082419.1001
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.