# Exhibit I



THE RESOLUTION EXPERTS®

Dear Counsel,

JAMS has reviewed the correspondence from the parties in the above-referenced arbitration. The parties' arbitration clause names JAMS, AAA and Resolute Systems as possible administrators for an arbitration.   Because JAMS is expressly named in the contract, JAMS will continue to administer this matter pursuant to the AAA Employment Rules absent a court order or by agreement of the parties.

Very truly yours,

Elizabeth M. Carter
Director of Operations
212-607-2737



THE RESOLUTION EXPERTS®

# NOTICE OF INTENT TO INITIATE ARBITRATION

June 25, 2015

Craig T. Dickinson Esq.
Littler Mendelson
One Century Tower
265 Church Street, Suite 300
New Haven, CT   06510

RE:   **Sondel, Nimali vs. Darden Restuarants, Inc., et al.**
Reference #: 1425018845

Dear Parties:

JAMS has received a Demand for Arbitration in the above-referenced matter pursuant to a mandatory pre-dispute arbitration clause contained in a contract between the parties.

Pursuant to the parties' pre-dispute arbitration agreement and JAMS policy, this arbitration shall be conducted in accordance with the AAA Employment Rules. It is important to familiarize yourself with the arbitration rules. A copy of these rules can be obtained by visiting the AAA website at www.adr.org.

The employee/Claimant has submitted her $400.00 Case Management Fee. According to Respondent's dispute resolution process, the employer/Respondent must pay all arbitration fees including Case Management Fees.

Upon receipt of the Respondent's initial Case Management Fee of $800, JAMS will formally commence this matter and proceed with the arbitrator selection process.

Contact me at 212-607-2787 or dduzant@jamsadr.com if you have questions.

Sincerely,

Douglas Duzant
Senior Case Manager
dduzant@jamsadr.com
Fax# 212-751-4099

*cc-ed via e-mail & US mail: David E. Gottlieb, Esq.*